THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Johnny Andre
 Davis, Appellant.
 
 
 

Appeal From Colleton County
G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No.  2009-UP-043
Submitted January 2, 2009  Filed January
 15, 2009  
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort, for
 Respondent.
 
 
 

PER CURIAM:  Johnny Andre Davis appeals his murder conviction and
 sentence of life imprisonment.  Davis argues the trial court erred by failing
 to grant his motion for a directed verdict on the murder charge.    After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Daviss appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.